AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | | |
|---|---|---|
| PAUL J. SPINNER | ) | 3:23-mc-113-AWT |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 0:2006-CV-60066 |
| JOHN ACUNTO, ET AL | ) | |
| *Defendant* | ) | |

DEC 6 2023 PM4:05
FILED-USDC-CT-HARTFORD

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* _____.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: 12/5/2023

Angela E. Noble
CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

Case 0:06-cv-60066-ASG   Document 71   Entered on FLSD Docket 04/15/2008   Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 06-60066-CIV-GOLD/McALILEY

PAUL J. SPINNER,

    Plaintiff,

v.

JOHN ACUNTO, ET AL.,

    Defendants.

_____/

### ORDER GRANTING PLAINTIFF'S MOTION FOR FINAL JUDGMENT UPON DEFAULT OF SETTLEMENT AGREEMENT; ENTRY OF FINAL JUDGMENT; CLOSING CASE

THIS CAUSE is before th Court upon Plaintiff's Motion for Final Judgment Upon Default of Settlement Agreement [DE 70], and various affidavits in support thereof [DE 65-68]. On September 14, 2007, I issued an Order Adopting U.S. Magistrate Judge Turnoff's Amended Report and Recommendations [DE 61] in which Plaintiff's Motion to Enforce Settlement Agreement and for Sanctions was Granted-in-part and Denied-in-part as follows: Granted insofar as there was an enforceable agreement between the parties that Defendants would pay Plaintiff the settlement amount of $375,000, in three installments, and Denied with respect to the enforcement of the penalty clause. The Order further stated that upon a default by Defendants, the whole settlement amount would become payable, with interest. In the instant Motion and Affidavits, Plaintiff informs the Court that Defendants have failed to make any payments in conjunction with the settlement agreement. Defendants have not responded to the Motion. Having reviewed the Motion and the Affidavits, as well as the record and applicable law, and noting that Defendants are in default of the settlement agreement, it is hereby ORDERED AND ADJUDGED:

    1.    Plaintiff's Motion for Final Judgment [DE 70] is GRANTED.

    2.    Plaintiff, Paul J. Spinner, and individual, c/o Betancourt, Mena & Associates,

*Certified to be a true and correct copy of the document on file*
Angela E. Noble, Clerk,
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date 11/8/2023

Case 0:06-cv-60066-ASG   Document 71   Entered on FLSD Docket 04/15/2008   Page 2 of 2

Biscayne Building, Suite 720, 19 West Flagler Street, Miami, Florida 33130, shall recover from Defendants, John Acunto, an individual whose last known address is 18715 Ocean Mist Drive, Boca Raton, Florida 33498 and from Adsouth, Inc., a Florida Corporation, whose principal address is 18715 Ocean Mist Drive, Boca Raton, Florida 33498, the sum of $375,000.00, with costs in the sum of $290.00, making a subtotal of $375,290.00, along with pre-judgment interest in the amount of $21,112.50 for which let execution issue.

3. This case remains CLOSED.

DONE AND ORDERED in Chambers at Miami, Florida, this __ day of April, 2008.

THE HONORABLE ALAN S. GOLD
U.S. DISTRICT COURT JUDGE

cc:
Magistrate Judge McAliley
All Counsel of Record