UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PAUL J. SPINNER | ) |
| PLAINTIFF | ) CIVIL ACTION NO.: |
| V. | ) 3:23-MC-113 (AWT) |
| JOHN ACUNTO, ET AL | ) |
| DEFENDANTS | ) SEPTEMBER 3, 2024 |

**SATISFACTION OF JUDGMENT**

This certifies the judgment in favor of Plaintiff Paul J. Spinner has been fully paid and satisfied.

_____
Houston Putnam Lowry, Esq.
Counsel for Plaintiff Paul J. Spinner
FORD & PAULEKAS, LLP
280 Trumbull Street - Suite 2200
Hartford, CT 06103
Mobile: (860) 543-4372
Fax: (860) 249-7500
Email: PTL@HPLowry.com
Federal Bar # CT05955

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed on this 3rd day of September, 2024 to:

John Acunto
635 Springer Road
Fairfield, CT  06824-7244

Adsouth, Inc.
18715 Ocean Mist Drive
Boca Raton, FL 33498

_____
Houston Putnam Lowry, Esq.